UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
BOWLING GREEN DIVISION

**JEFFREY RAY BEARD**                                                 **PETITIONER**

v.                                                      **CIVIL ACTION NO. 1:17CV-P166-GNS**

**UNITED STATES OF AMERICA**                                   **RESPONDENT**

## MEMORANDUM OPINION

Petitioner Jeffrey Ray Beard, a federal prisoner, filed a *pro se* petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241 (DN 1). He indicates that he is challenging his sentence, alleging that he was "sentenced in error according to 6th Circuit Court of Appeal's." He mentions Appeal No. 16-6848; a Sixth Circuit decision entered on December 21, 2017; and that he is to "be brought back for resentencing in District Court."

More recently, Beard filed a "Motion: for Consideration on High Courts And Habeous Corpous 2241 Ruling" (DN 8). He again cites to Appeal No. 16-6848 and asserts that he is "suppose to be out by now."

Review of Beard's criminal action, No. 1:02CR-57-GNS, sheds light on this matter. Filed therein is a December 21, 2017, Order (DN 159) by the Sixth Circuit granting the government's motion to remand the appeal of Beard's revocation of his term of supervised release; vacating this Court's December 14, 2016, Order revoking Beard's term of supervised release; and indicating that on remand this Court should determine the classification for Beard's violation(s), determine the recommended guideline range, and impose a new sentence after consideration of all relevant sentencing factors. In the criminal action, Beard also filed the same "Motion: for Consideration on High Courts And Habeous Corpous 2241 Ruling" (DN 162) referenced above that he filed in the instant action. Finally, by Order entered February 20, 2018

(DN 163), this Court appointed counsel for Beard and scheduled a hearing on April 9, 2018, to impose a new sentence.

Upon consideration of the § 2241 petition and motion for consideration in conjunction with review of Beard's criminal case, it is clear to the Court that Beard is seeking enforcement of the Sixth Circuit's order for remand and resentencing. Since this Court has already appointed counsel for Beard and set a remand hearing to impose a new sentence, the § 2241 habeas petition will be denied and the action dismissed by separate Order.

Date: March 30, 2018

**Greg N. Stivers, Judge**
**United States District Court**

cc: Petitioner, *pro se*
     U.S. Attorney
     Counsel John David Cole, Jr. (appointed in criminal action)
4416.005